IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FAIRLY W. EARLS,

    Plaintiff,

v.

SALAMUIIAH SYED, et al.,

    Defendants.

ORDER

Case No. 19-cv-117-wmc

Plaintiff Fairly W. Earls a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Fairly W. Earls's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 25th day of February, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge